FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MR. David M Montgomery ID# 412-799
MCT-C / 8800 Roxbury Road
Hagerstown Maryland
21746

(Full name, prison identification
number and address of the plaintiff)

_____ FILED  _____ ENTERED
_____ LODGED  _____ RECEIVED

MAR 06 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

v.

Civil Action No. ELH-14-681
(Leave blank on initial filing to be filled in by Court.)

Maryland Correctional Training Center
Warden Mr. J.P. Morgan
Officer Sgt Mr. T. Richer
All Am and Pm officers that work Housing Unit # 5B Since 2-20-14 Don't Know Names of Correctional officers

(Full name and address of the defendant(s))

## COMPLAINT

I.  **Previous lawsuits**

   A.  Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

      YES ☐   NO ☑

   B.  If you answered YES, describe that case(s) in the spaces below.

      1.  Parties to the other case(s):

         Plaintiff: _____

         Defendant(s): _____

2. Court (if a federal court name the district; if a state court name the city or county): _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

_____

7. Date of disposition: _____

II. Administrative proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☑   NO ☐

1. If you answered YES:

   a. What was the result? *Nothing, No one Took any Actions AT All since I filed the ARP 2-26-14 And No Actions still havent been TAKEN*

   b. Did you appeal?

   YES ☐   NO ☑

2. If you answered NO to either of the questions above, explain why: *I only ask the Inmate grievance office AND people To have me moved from MCJ-C)*

Page #1

THE COURT'S CLERK
PLAINTIFF:
I am DAVID MONTGOMERY ID#412-297
MCI-C 18800 ROXBURY ROAD
HAGERSTOWN MARYLAND 21746

MARCH, 3, 2014

I AM filing this complaint on MARYland Correctional Training Center. Because I MR. Montgomery have wrote to the officee's on Housing unit #5B and I gave the AM and pm shift officers a letter. Because me Requesting a single cell. Because my saftey and welfare me wanting to get protective custody. Cause my life being in danger. Because my past and what I have been through cause GANG memeBer's. Also to protect my personal information do to my Criminal Case # 06-K-13-043213 and to prevent another Inmate making up a lie about saying I told him some thing about my case and could write the courts and try to testifie against me. Also cause even hearing that my Judge just granted me a hearing in front another Judge. The Inmates would try to use me to get out of prison. Once again making up a lie.
    I Don't know these officer's name's But it goes for all the one's that have been working AM and pm shift since I wrote them letter 2-25-14 and then I filed a (ARP) Administrative Remedy procedure on 2-26-14 and I am sending my copy to the courts. The officer Sgt T. Richer signed it and he didn't take any action and I checked the Emergency Request Box Also.

and my (ARP) should have went to this prison's Warden MR. J.P. Morgan and he response's back. Well I haven't heard back from him or any one and today's 3-3-14 Also no action's have been taken do to me being put in a cell by self. That's a rite I have and it's been violated and still is being violated. Today I MR. Montgomery gave the officer working Housing Unit # 5B - Another (ARP) during lunch time when this officer collected the lunch tray's and I don't know his name, but I am sure this prison should have it on record in there log book. Well I didn't even get my copy that a Sgt or C should have signed and the officer working this teir should have giving me my copy back, but that never happened nor did any action's take place to be being moved to a single cell. Because of my situation. So Today 3-3-14 During my unit's and my teir's walk's to get are rec time. I handed a officer a letter I wrote and I don't know his name that put me in hand cuff's taking me to the rec chage. But it was saying that I was in danager to my life and I couldn't be in a cell with any one else. Because my past and to protect my information do to while I am locked up for. Also cause me being in to it with gang memeber's. Another thing that my cell mate was a gang memeber and I shouldn't be in a cell with him and it's on record.

My Constitutional Rights have been violated and I am not sure under what Amendments. But the civil courts I am sure can let me know.

Nothing has happened to me. But the prison is aware and hasn't done anything about this so that's why I am bringing forth this complaint. I was almost killed before by gang memebers. These officers here at MCT-C don't do there job the way they should. Now if something was to happen to me then these officers have been aware and did not prevent a situation from happening. If I didn't bring this complaint to the courts then there would still nothing be done about it. Now the civil courts can get on this prison do to these people not doing there job rite.

Defendants:
#1 Warden Mr. J. P. Morgan
#2 Officer Sgt Mr. T. Ricker Co II
#3 AM shift officers that work Housing unit #5B
#4 PM shift officers that work Housing unit #5B

This complaint explains the problem and points out how each officer took place in this situation. Dealing with this complaint against Maryland Correctional Training Center. This is a tort claim.

If I Mr. Montgomery don't fight for my rights then something bad could happen and the prison could

get AWAY with it.

I MR. Montgomery Request that once the courts Recieve this to please see to it that through the cruel courts power to have me moved out of MCTC prison? so no one can have Retailation against me.

I MR. Montgomery Em even sending a copy of my prison Inmate Account for the past six months.

I MR. Montgomery Em Housed on Housing unit 5B-1-14-13 At this time on lock up Disciplinary Segregation. Because some thing I didn't do But that Besides this Complaint. I done wrote the Inmate Grievance office cause the Reasons why I was put on lock up for some thing I had nothing to do with.

I MR. Montgomery Done wrote the Warden, Commissioner Captain, Judge, Attorney, Prism, palole commission, Inmate Grievance office, case manager, Asking them to please have me moved out of this prison cause my problems and I Explained why. But no Actions have been Taken! I Am waiting to go back to court in front of Another Judge for a Post Conviction Hearing!

David Montgomery ID# 412-297
MCT-C 18800 Roxbury Road
Hagerstown Maryland 21746

III. Statement of claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

MARYLAND CORRECTIONAL TRAINING CENTER (MCT-C) PRISON HAS VIOLATED MY CONSTITUTIONAL RIGHTS. Because me wanting protective custody do to my safety and welfare and life being in danger. Also to protect my legal information. But I don't know the Amendments. This is A Tort Claim for $10,000 Dollars cause the Risk of my life. Because the Warden nor did none of these officers take any action by putting me in A cell by my self and still haven't yet as of today 3-3-14.

IV. Relief
(State briefly what you want the Court to do for you.)

$10,000 Dollars cause the Risk I'm taken of something happened. Also for the Courts to come down heavy on this prison the Warden and the officers that make Housing unit #5 B And there Bosses for MCT-C.

SIGNED THIS 3 day of, MARCH 2014

If it Helps to have me moved out of MCT-C prison any faster the Judge in my case is Judge MR. THOMAS.F. STANSFIELD CIRCUIT COURT FOR CARROLL COUNTY 55 NORTH COURT STREET WESTMINSTER MARYLAND 21157

DAVID MICHAEL MONTGOMERY
(original signature of plaintiff)

MCT-C ID# 412-797
18800 ROXBURY ROAD
HAGERSTOWN MARYLAND
(address of plaintiff) 21746

1983 Complaint (Rev. 03/2011)                    8

7. List any other major monthly expenses that you are actually paying.

| Description | Monthly payment |
|---|---|
| NONE | |

8. Attach a certified statement of your prison account for the past six months. If you are unable to do this, one will be requested from prison officials.

**I DECLARE UNDER THE PENALTIES OF PERJURY THAT THE INFORMATION ABOVE IS TRUE AND CORRECT.**

MARCH 3, 2014
(date)

David Michael Montgomery
(original signature of plaintiff)

MCJC ID# 412-797
18800 Roxbury Road
Hagerstown Maryland 21746
(address of plaintiff)

Officer's Name: Print and Signature     2/26/14 Date

CASE NO. _____

# MARYLAND DIVISION OF CORRECTION
# REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

TO: ☐ Warden of Institution

Emergency Request: ☑ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: Montgomery   David   M   412797   MCT-C
    Last Name    First Name    Middle Initial    DOC Number    Institution

Housing Location SB-1-14-B   Protective Custody ☐   Administrative Segregation ☐   Disciplinary Segregation ☑

**Part A – INMATE REQUEST**

I need a single cell to myself do to my safety and welfare as soon as possible. I also wont to get my hygen and legal book's out of my property cause PJ's my right to have too. Also the 1st commissary I have on my stuff cause I don't have any

2-26-14                    David Montgomery 412797
Date                               Signature of Inmate

**Part B – RESPONSE**




_____             _____
Date                                Signature of Warden

You may appeal this response by following the procedure prescribed on the back of this form.

**Part C – RECEIPT**      Case No. _____

RETURN TO: _____    _____    _____    _____    _____
           Last Name      First Name    Middle Initial    DOC Number    Institution

I acknowledge receipt of your complaint dated _____ in regard to: _____

_____                           _____
Date                                 Institutional ARP Coordinator

Original: White   Institutional ARP Coordinator
Copy:   Canary - Inmate

DOC Form 185-002c (Rev. 7/08)