CLERK of THE COURTS )

ENTERED 4-13-14

Case ELH RECEIVED -681

APR 15 2014

I AM MR. David Michael Montgomery
ID # 412 797.

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND C

THE Reason Why I am BEFORE writing
the Courts is Because of the Civil
Case against MCT-C person.

Well Just as I stated in a
letTer Responding to the Show
cause Dealing with the ATToRney
General. Once I was moved
Out of mcT-c. mcT-c prison had
moved me and I wasnT on
Admin seg or any thing well I
was only on Admin seg. Also
that person sent me Right
across the STReeT to RCT
person. mcT-c didnT send No
message to the oTheR prison
about my situation.

So when I goT here aT RCI
this person Knew NoThing and
I was headed Right to General
population.

CLERK of THE COURTS,                    4-13-14

Case ELH-14-681

I MR. Montgomery had told
one of the Transportation officers
about my situation and that I
needed to be in a single cell
and I even showed the officer
my scars and I ask him can
he tell the officers at RCL person
my situation dealing with me and
the single cell. He said that he
might and he never did. So I
told the officer at RCL and he
told me to tell the sgt and I
did and the sgt said he couldn't
do nothing that my housing officer
sgt had to. Well I MR. Montgomery
then seen the Tier officer LT
Appel and he then took action
office he took me took his
office and talk to me. He
told me that I am going on
ADmin Seg - pending investigation
Also placement on voluntary or
involuntary protective custody.

Clerk of the Courts,                    4-13-14

Case ELH - 14 - 681

THE LT. MR. Appeal told that
there is not protective custody
here at RCI prison and do To
my situation that I might have
to be moved out of state or
some were other then here at
RCI prison. But I'll have a
Review and they will tell me
What is going to happen.
       But just like I said
MCT-C prison moved me and
put thee problem on to another
prison RCI.
       Also for the Record from
2-20-14 to 3-24-14 the prison
mct-c or the Attorney General
Cant Explain Why they Didn't
Take action and pet me in a
Single Cell or protective custody
Between that time and I gave
#3 officers letters and there
not shown in the Record. Well
why not?

Clerk of THE Courts,                    4-15-14

Case ELH-14-681

But if MY Claim isn't
Accepted Cause it being a Tort
Claim.

CROSS Counter Claim
Do To my Rights Being
Violated and I Am
Seeking TEN Thousand
Dollares

Also ONE THousAND Dollares
Against MR. C. Lenored
Cross Counter Claim

That's only if my Tort
Claim aint accepted.
Reason for Changing Cause
I don't want the case Being
Closed Cause the WRong Claim
and I am not a Lawyer.
            Thanks
    David Michael Montgomery
        ID # 412 292