IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DAVID MICHAEL MONTGOMERY, #412-797 | * |
| Plaintiff, | * |
| v | *  Civil Action No. ELH-14-681 |
| MARYLAND CORRECTIONAL TRAINING CENTER, et al. | * |
| Defendants. | * |

**ORDER**

In view of plaintiff's correspondence filed on April 15, 2014 (ECF Nos. 16 and 17), counsel SHALL FILE a status report within fourteen days indicating: 1) plaintiff's current housing status; 2) whether plaintiff has identified enemies at Roxbury Correctional Institution; and 3) whether plaintiff has been offered protective custody status at Roxbury Correctional Institution.

It is so ORDERED this 21st day of April 2014.

Ellen L. Hollander
United States District Judge