I Am David Michael Mont[...]
ID # 412292.

I got here at RCI-H from MCI-C April 11, 2014 and my Reason for being moved was because my safety. But I had Explained this to the Courts before that MCI-C was putting me off to another prison and not saying nothing to them. When I was moved and got at RCI-H I wasn't on PC or Admin Segnitive.

I told this prison my situation about DMI and Bloods Gang Being my enemies and a Boy Bonds putting the Hit on my head. Thats why I am not safe in any prison or Jail I go to. There was a Note put under my cell Door over MCI-H and the States Attorney in Annapolis MD Ms Jennifer Hicks Recieved that Note cause there was Charges put on #2 DMI gang members in # 2008. But Before the Beating to my head with locks inside socks

in Anne Arundel County Detention Center 2008 were I was almost killed and was Taken to the Hospital for #5 Days and I had staples on my head, stitches on side my mouth and under my left eye. I had Recieved plastic sergery with plates and screw around my left eye and part of my nose Bone Redone.

I got Jumped By the Bloods in 2008 No Bad Injuries then the same night put in population some were else in the Jail Anne Arundel County Detention Center. In Annapolis MD.

That's when I talked to a few people and other Inmates said I was a good Dude vouching for me to a Bail Bonds and to Her Boy friend that was a Dmi gang mmeber. They got me out an Bail and I never signed or no one did for me and She follen me

Page #2

Well I got locked back up doing a violation of probation and I went back to Anne Arundle County Detention Center in Annapplies MD and I was put in population in a steel side unit with DMI Gang memebers. That's when they said that the Bloods told us that you told on them when they jumped you and you didn't pay the Bail Bonds and own her money. I looked across the hall into another steel side unit through the window and I seen the Bail Bonds mans Boy frind gave the wack em sigel to the gang memeber s were I was and that's when I got wacked.

Then when I'am home in 2009 I was walking through a park in Anne Arundle County ~~~~~~~~ Brooklyn Park MD I was Beating with Boge Ball Bats and was almost killed and I was in the hospital for #3 days and they

were about #10 DMI gang memebers. I know them #10 was #1 out of the #2 that beat me with locks in side sock in the Detention center. I was even in the news paper back then.

Judge Detective Corporal Jeff Schuster state police and Scott Seegers both know about my situation cause coming to them Hospitals DoTo gang memebers trying to kill me. For the Record Detective Jeff Schuster was a Detective in my Criminal Case and I have him in a Civil Case were he violated my rights.

While at MCTC I was in a cell with a Blood and he didn't main up to his ticket and found about me in my past cause a DMI memeber. My last cellmate was a DMI memeber and knows about my past.

Page #3

Because Inmate's talk. But Judge Right now. I am in a cell by my self on Admin seg protective custody. That's only because I had to tell about Five officers my situation before. I talked to the Gang Intel officer Lt Appeal and he said I know your situation ain't good. Do to #1 of them #2 Dm.T members that worked me in 2008 with the locks inside socks is a very High Ranking member that's in Charge. of Maryland and he can go some are not Easy. Also the Lt Appeal told me that this prison don't have single cells of protective Custody here at RCI-H. So I got here 4-11-14 and I should of had a Team Review But the prison was on lock down and I Received My Review paper.

The Case Management manager Sent me my Copy and it's checked that the warden here approves it. That took place 4-15-14

Do to my situation LT Appeal the Intell Officer here at RCI-H had told me that I might even have to be moved out of state.

Fran Geist is the case manager that sent me this.

Admin Seg Review
Reassign from ORient unASS to unASS
Seg 4-15-14.
Transfer to Any medium security facility out of HAG Region
*Remove from Adm Seg Dot. ☆

That's the point I am making that I done made from MCT-C to RCI-H now to were I am going.

I am going to be off Admin Seg or protective custody once I am in a van leaving this prison and it's the prison's Team Review with out me being present Above.

Page #4

Between 2-20-14 / 3-24-14 I was denied protective custody at MCT-C.

I wouldn't be on Adm. Seg here at RCI-H if I didn't say nothing the day I got here 4-11-14.

Besides that I wasn't offered protective custody here at RCI-H Judge cause MCT-C don't let this prison know anything they just past me on.

My enemies are Blood gang members and DMI members. But any one can take out a hit and he could be from another gang or not even a gang member.

Laurel Michael Montgomery
ID# 412797